# Third District Court of Appeal

## State of Florida

Opinion filed May 3, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2025
Lower Tribunal No. F22-6690
_____

**Luis Alfredo Correa Villamizar,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Luis Alfredo Correa Villamizar, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and HENDON and MILLER, JJ.

PER CURIAM.

Affirmed. See Capuzzo v. State, 596 So. 2d 438, 440 (Fla. 1992) (holding that "defendants who voluntarily fail to attend their scheduled sentencing hearings may be sentenced in absentia").